AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number: 07-100-2S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

IDELFONSO BETANCOURT-RODRIGUEZ

I certify that I am admitted to practice in this court.

8-2-07

Date

[signature]

Signature

Thomas G. Briody 4427

Print Name Bar Number

91 Friendship St, 3rd Floor

Address

Providence RI 02903

City State Zip Code

401-751-5151 421-0876

Phone Number Fax Number