**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**November 20, 2007 Calendar Call**

**CRIMINAL CASES**

**CR07-05-01S-LDA** **USA v. Eudy Antonio Tejada-Pichardo**
Conspiracy with intent to Distribute Cocaine
**CR07-100-01S-LDA** **USA v. Omar Altamirano-Nunez**
Conspiracy with intent to Distribute Cocaine
**CR07-100-02S-LDA** **USA v. Idelfonso Betancourt-Rodriguez**
Conspiracy with intent to Distribute Cocaine
**CR07-100-03S-LDA** **USA v. Rafael Fernandez-Roque**
Conspiracy with intent to Distribute Cocaine
**CR07-100-04S-LDA** **USA v. Adolfo Verdugo**
Conspiracy with intent to Distribute Cocaine
**CR07-100-05S-LDA** **USA v. Juan Manuel Casillas**
Conspiracy with intent to Distribute Cocaine
**CR07-106-01S-LDA** **USA v. Jesus Gonzalez**
Conspiracy with intent to Distribute Cocaine
**CR07-109-S-DLM** **USA v. Jonathan Campbell**
Felon in Possession of a Firearm
**CR07-120-S-DLM** **USA v. Shawn Chadwick**
Bank Robbery
**CR07-123-S- DLM** **USA v. Daniel Delacruz**
Possession with intent to Distribute Marihuana

**CIVIL CASES**

**CA05-229-S-LDA** **Michael Bowling v. Hasbro, Inc.**
Patent Infringement
**CA06-400-S-DLM** **John Souza v. Tallman & Mack, Inc.**
Jones Act
**CA07-98-S-DLM** **Castle Equipment Company v. US Fire Ins. Company**
Other Contracts

**NOTICE**

You are hereby notified that the above-captioned cases are on the trial calendar commencing on December 4, 2007 to be tried in the order listed. The calendar will be called on **November 20, 2007** at **9:00 a.m.** Juries will be empaneled on December 4, 2007 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held

in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date: October 31, 2007

**Please notify Clerk's Office if any counsel of record have not been notified**.