**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

APPEARANCE

**UNITED STATES OF AMERICA :**
**:**
**Vs. :** **Case Number: 07-CR-00100-S-LDA**
**:**
**IDELFONSO BETANCOURT-RODRIGUEZ, :**
**et als. :**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Idelfonso Betancourt-Rodriguez.

November 19, 2007____________
Date

_/S/_Steven D. DiLibero, Esquire____
Signature

_Steven D. DiLibero, Esquire___4678_
Print Name Bar Number

__130 Dorrance Street_______________
Address

__Providence, Rhode Island 02903___
City State Zip

_401-621-9700; 401-331-9503_______
Phone Number Fax Number