**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Vs.** | : | **Case Number: 07-CR-00100-S-LDA** |
| | : | |
| **IDELFONSO BETANCOURT-RODRIGUEZ, et als.** | : | |

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE**

NOW COMES the Defendant, Idelfonso Betancourt-Rodriguez, by and through Counsel in the above-entitled matter, and so moves that this Honorable Court grant Defendant's Motion to Continue, and continue the hearing which is scheduled for Tuesday, November 20, 2007 for at least sixty (6o) days, until a date most convenient for the Court.

FOR REASON STATES that Attorney Steven D. DiLibero has just recently entered his appearance on behalf of the Defendant, and is requesting time to review all discovery in the Government's case against the defendant accordingly. This request to continue the hearing has been assented to by the Government.

WHEREFORE, your defendant hereby requests that the Hearing be continued from Tuesday, November 20, 2007 until a new date at least sixty (60) days until a date that is most convenient for the Court; so as to allow Attorney DiLibero the opportunity to review the evidence presented by the Government against the defendant.

**RESPECTFULLY SUBMITTED**,
Defendant,
By and through his Counsel

____________________________

**Steven DiLibero, Esquire (#4678)**
DILIBERO & ASSOCIATES
130 Dorrance Street
Providence, Rhode Island 02903
401-621-9700 (Phone)
401-331-9503 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire