**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Vs.** | : | **Case Number: 07-CR-00100-S-LDA** |
| | : | |
| **IDELFONSO BETANCOURT-RODRIGUEZ, et als.** | : | |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PRE-SENTENCE REPORT

NOW COMES the Defendant, Idelfonso Betancourt-Rodriguez, by and through Counsel in the above-entitled matter, and so moves that this Honorable Court grant Defendant's Motion for Enlargement of Time to Respond to Pre-Sentence Report for at least sixty (6o) days, or until a date most convenient for the Court and the United States Attorney.

FOR REASON STATES that Defendant needs further time to respond to the Pre-Sentence Report based upon Defense Counsel's meeting with the United States Attorney.

WHEREFORE, your Defendant hereby requests that his Motion for Enlargement of Time to Respond to Pre-Sentence Report be granted and that his time to respond to the Pre-Sentence Report be extended for sixty (60) days, or until a date that is most convenient for the Court and the United States Attorney.

**RESPECTFULLY SUBMITTED**,
Defendant,
By and through his Counsel

/s/ Steven D. DiLibero, Esquire

**Steven DiLibero, Esquire (#4678)**
DILIBERO & ASSOCIATES
130 Dorrance Street
Providence, Rhode Island 02903
401-621-9700 (Phone)
401-331-9503 (Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire ____