**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** :
:
**Vs.** : **Case Number: 07-CR-00100-S-LDA**
:
**IDELFONSO BETANCOURT-RODRIGUEZ,** :
**et als.** :

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE**

NOW COMES the Defendant, Idelfonso Betancourt-Rodriguez, by and through Counsel in the above-entitled matter, and so moves that this Honorable Court grant Defendant's Motion to Continue, and continue the hearing which is scheduled for Friday, June 6, 2008 at 10:00 am for at least sixty (6o) days, or until a date most convenient for the Court and the United States Attorney.

FOR REASON STATES that Counsel for the Defendant has outstanding issues pending with the Pre-Sentence Report to which he is currently trying to resolve with the United States Attorney. This request to continue the hearing has been assented to by the Government.

WHEREFORE, your Defendant hereby requests that the Hearing be continued from Friday, June 6, 2008 at 10:00 am until a new date at least sixty (60) days until a date that is most convenient for the Court and the United States Attorney.

**RESPECTFULLY SUBMITTED**,
Defendant,
By and through his Counsel

_ /s/ Steven D. DiLibero, Esquire
**Steven DiLibero, Esquire (#4678)**
DILIBERO & ASSOCIATES
130 Dorrance Street
Providence, Rhode Island 02903
401-621-9700 (Phone)
401-331-9503 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire ____